# EXHIBIT A

Home | Visit a Gallery | Picture Index | FAQs | Gift Certificates | Order Accessories | Sale Items | Contact Us

ELECTRIC ART GALLERY
LED ART | NEON ART PICTURES

For questions or assistance
(800) 345-6366
Open Weekdays: 9-4pm PST

## Back to the 50s

Back to Main Gallery



### 66 Park-In Theater

Remember the days? Pop corn, a cozy date and the Drive-In Theater. Those were the days.

**Picture Lighting Effects:** Mini Light Bulbs on screen wall. Red L.E.D. lights accent car tail lights. Yellow L.E.D.s on marquis.

Size: 24" x 36" | Buy Now for $114.95

ADD TO CART | VIEW CART | ▶ CHECK OUT

move mouse over image to see lighting effects

Back to the 50s !! more images...

Home | Visit a Gallery | Picture Index | FAQs | Gift Certificates | Order Accessories | Sale Items | Contact Us

# ELECTRIC ART GALLERY
## LED ART | NEON ART PICTURES

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

## Back to the 50s

Back to Main Gallery 



move mouse over image to see lighting effects

### 66 Park-In Theater

Remember the days? Pop corn, a cozy date and the Drive-In Theater. Those were the days.

**Picture Lighting Effects:** Mini Light Bulbs on screen wall. Red L.E.D. lights accent car tail lights. Yellow L.E.D.s on marquis.

**Size: 24" x 36" | Buy Now for $114.95**

 ADD TO CART     VIEW CART     CHECK OUT

Back to the 50s !! more images...

     

| Home | Visit a Gallery | Picture Index | FAQs | Gift Certificates | Order Accessories | Sale Items | Contact Us |

# ELECTRIC ART GALLERY
# LED ART | NEON ART PICTURES

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

## Back to the 50s

Back to Main Gallery



move mouse over image to see lighting effects

### Billy's Service Station (neon version)

In the early days gas was poured into your "Model T" by hand - as seen in this famous California service station.

**Picture Lighting Effects:** Actual Green Neon around building facade. Mini Light Bulbs in car headlights. Yellow L.E.D. lights in parking lights. Red L.E.D.s in clock.

**Size: 24" x 36" | Buy Now for $199.95**

 ADD TO CART     VIEW CART     CHECK OUT

View 24" x 36" full size picture (L.E.D. Version) for $114.95

Back to the 50s !! more images...

     

# Back to the 50s

Back to Main Gallery



move mouse over image to see lighting effects

## Billy's Service Station (L.E.D. Version)

In the early days gas was poured into your "Model T" by hand - as seen in this famous California service station.

**Picture Lighting Effects:** Green L.E.D. lights around building facade. Mini Light Bulbs in car headlights. Yellow L.E.D. lights in parking lights. Red L.E.D.s in clock.

**Size: 24" x 36" | Buy Now for $114.95**

  

View 24" x 36" full size picture (Neon Version) for $199.95

### Back to the 50s !! more images...

     

HOME | VISIT A GALLERY | PICTURE INDEX | FAQs | GIFT CERTIFICATES | ORDER ACCESSORIES | SALE ITEMS | CONTACT US

# ELECTRIC ART GALLERY
## LED ART | NEON ART PICTURES

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

## Back to the 50s

Back to Main Gallery



### Billy's Service Station (L.E.D. Version)

In the early days gas was poured into your "Model T" by hand - as seen in this famous California service station.

**Picture Lighting Effects:** Green L.E.D. lights around building facade. Mini Light Bulbs in car headlights. Yellow L.E.D. lights in parking lights. Red L.E.D.s in clock.

**Size: 24" x 36" | Buy Now for $114.95**

  

**View 24" x 36" full size picture (Neon Version) for $199.95**

move mouse over image to see lighting effects

### Back to the 50s !! more images...

    

| Home | Visit a Gallery | Picture Index | FAQs | Gift Certificates | Order Accessories | Sale Items | Contact Us |

# Electric Art Gallery
## LED Art | Neon Art Pictures

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

### Back to the 50s

Back to Main Gallery 



move mouse over image to see lighting effects

**Mearle's Drive In** (neon version)

The classic original "Mearle's Drive-In" located in beautiful Visalia, California.

**Picture Lighting Effects:** Actual Hot Pink Neon tube around building. Red L.E.D. lights in car tail lights.

**Size: 24" x 36" | Buy Now for $199.95**

 ADD TO CART     VIEW CART     CHECK OUT

**View 24" x 36" full size picture (L.E.D. Version) for $114.95**

### Back to the 50s !! more images...

     

**Home** | **Visit a Gallery** | **Picture Index** | **FAQs** | **Gift Certificates** | **Order Accessories** | **Sale Items** | **Contact Us**

# Electric Art Gallery
## LED Art | Neon Art Pictures

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

## Back to the 50s

*Back to Main Gallery* 



### Rosie's Diner Neon Picture (original neon version)

This classic Diner in Rockford, Michigan comes to life with classic cars from the 50s.

**Picture Lighting Effects:** Actual Hot Pink Neon tube around storefront. Red L.E.D. lights in car tail lights.

**Size: 24"x34" | Buy Now for $249.95**

 ADD TO CART    VIEW CART   ▶ CHECK OUT

**View 24" x 36" (L.E.D. Version) for $129.95**

*move mouse over image to see lighting effects*

### Back to the 50s !! more images...

     

                
6:33 PM 9/22/2018

| Home | Visit a Gallery ▼ | Picture Index | FAQs | Gift Certificates | Order Accessories | Sale Items | Contact Us |

# Electric Art Gallery
## LED Art | Neon Art Pictures

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

## Back to the 50s

Back to Main Gallery 



### Rosie's Diner LED Picture (LED version)

This classic Diner in Rockford, Michigan comes to life with classic cars from the 50s.

**Picture Lighting Effects:** RED L.E.D. lights animate in roof top sign. Additional RED L.E.D. lights in car tail lights.

**Size: 24"x34" | Buy Now for $129.95**

 ADD TO CART     VIEW CART    ▶ CHECK OUT

**View 24" x 36" deluxe Neon version for $229.95**

### Back to the 50s !! more images...

     



move mouse over image to see lighting effects

**Rosie's Diner Neon Picture** (original neon version)

This classic Diner in Rockford, Michigan comes to life with classic cars from the 50s.

**Picture Lighting Effects:** Actual Hot Pink Neon tube around storefront. Red L.E.D. lights in car tail lights.

Size: 24"x34" | Buy Now for $249.95

View 24" x 36" (L.E.D. Version) for $129.95

Back to the 50s !! more images...



# Cars, Trucks & Bikes

## Steak'n Shake Diner (Neon version)

"You ain't nothin' but a Hound Dog!" Classic Cars, Malts & Car Hop service bring back the feel of the 50s. Cars Depicted: '56 & '57 Chevy Belair, 32' Ford Coupe, '56 T-bird, '64 Vette.

**Picture Lighting Effects:** Yellow Neon tube around building facade. Mini light bulbs in '57 Chevy headlights. Red & Yellow L.E.D. lights accent car tail lights & building sign.

**Size: 24" x 34" | Buy Now for $199.95**

*move mouse over image to see lighting effects*

View 12" x 18" mini picture for $49.95
View 24" x 34" L.E.D. picture for $114.95

Cars, Trucks & Bikes more images...



move mouse over image to see lighting effects

### Steak'n Shake Diner (L.E.D. version)

"You ain't nothin' but a Hound Dog!" Classic Cars, Malts & Car Hop service bring back the feel of the 50s. Cars Depicted: '56 & '57 Chevy Belair, 32' Ford Coupe, '56 T-bird, '64 Vette.

**Picture Lighting Effects:** Mini Light Bulbs in '57 Chevy headlights. Red & Yellow L.E.D. lights accent car tail lights & building sign.

**Size: 24" x 34" | Buy Now for $114.95**

  

View 12" x 18" mini picture for $49.95
View 24" x 34" Neon picture for $199.95

### Cars, Trucks & Bikes more images...

     

# ELECTRIC ART GALLERY
# LED ART | NEON ART PICTURES

For questions or assistance
**(800) 345-6366**
Open Weekdays: 9-4pm PST

## Back to the 50s

Back to Main Gallery 



move mouse over image to see lighting effects

### Steak'n Shake Diner (L.E.D. version)

"You ain't nothin' but a Hound Dog!" Classic Cars, Malts & Car Hop service bring back the feel of the 50s. Cars Depicted: '56 & '57 Chevy Belair, 32' Ford Coupe, '56 T-bird, '64 Vette.

**Picture Lighting Effects:** Mini Light Bulbs in '57 Chevy headlights. Red & Yellow L.E.D. lights accent car tail lights & building sign.

**Size: 24" x 34" | Buy Now for $114.95**

  

View 12" x 18" mini picture for $49.95
View 24" x 34" Neon picture for $199.95

### Back to the 50s !! more images...

     



# Cars, Trucks & Bikes

Back to Main Gallery

## Thunderbird Motel

Three classic convertible T-birds line up outside the popular motel with the same name along Rt 66.

**Picture Lighting Effects:** Mini Light Bulbs in headlights of right T-Bird. Red L.E.D. in car tail lights. Green & Red L.E.D.s in motel sign.

Size: 24" x 36" | Buy Now for $114.95

ADD TO CART | VIEW CART | CHECK OUT

move mouse over image to see lighting effects

Cars, Trucks & Bikes more images...



# Cars, Trucks & Bikes

Back to Main Gallery

## Thunderbird Motel

Three classic convertible T-birds line up outside the popular motel with the same name along Rt 66.

**Picture Lighting Effects:** Mini Light Bulbs in headlights of right T-Bird. Red L.E.D. in car tail lights. Green & Red L.E.D.s in motel sign.

Size: 24" x 36" | Buy Now for $114.95

ADD TO CART    VIEW CART    CHECK OUT

Cars, Trucks & Bikes more images...