# EXHIBIT B



$59.99 - $119.99

**Brand: Electric Art**

✓ Estimated ship date: 9/24/2018
Qualifies For Free Shipping* All orders over $99

**Electric Art Pictures**

Mearle's Diner

**Quantity**

1

Your Price

**$119.99**

🛒 Add To Cart

DESCRIPTION    REVIEWS    Q & A

Classic Automotive Art decorated with special lighting effects including Neon, LED lights and mini light bulbs. Go back in time when everyone spent their evenings at the local drive-in or diner. Available in 12" x 18" or 24" x 36" sizes. Please choose a size below.

McAfee SECURE

Contact us!